Daniel S. Szalkiewicz, Esq. (DS2323)
Cali P. Madia, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| H.S., <br><br>         Plaintiff, <br><br> -against- <br><br>HAMZA INAK, <br><br>         Defendant. | Case No. 26-cv-00872 <br><br>**MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY** |

  PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, Veridian Legal P.C., upon the accompanying Memorandum of Law, the Certification of H.S. dated January 20, 2026, and the exhibits annexed thereto, Plaintiff will move the Court, for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as H.S. in all filings.

Dated:  New York, New York
      February 2, 2026

                Veridian Legal P.C.
                By: */s/ Daniel S. Szalkiewicz*
                Daniel S. Szalkiewicz, Esq.
                Cali P. Madia, Esq.
                *Attorneys for Plaintiff*
                23 West 73rd Street, Suite 102
                New York, NY 10023
                Tel: (212) 706-1007
                daniel@veridianlegal.com