Daniel S. Szalkiewicz, Esq.
VERIDIAN LEGAL P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Attorneys for the Plaintiff

#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.S.,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>HAMZA INAK,<br><br>　　　　　　Defendant. | Case No. 26-cv-00872 |

### DECLARATION OF H.S.

I, H.S., being of full age, hereby declare:

1.　　I am the Plaintiff in the above-captioned case. I submit this Declaration in support of my request to proceed under the pseudonym "H.S."

2.　　I make this request in a desperate attempt to preserve what remaining privacy I have left after Defendant and others posted my intimate images online, along with my name and university, without my knowledge, permission, or consent.

3.　　In 2022, I received an alert that my Snapchat account had been accessed. I learned that my intimate images and videos were transferred out of the account and then shared on the internet.

4.　　The images were uploaded online using my full name, location, and the name of the university I attended at the time.

1

5. I spent years trying to scrub the internet of the images, and I thought I was able to finally remove the websites with my images.

6. However, after I graduated and while I was applying for jobs, I did a web search for my name and found multiple albums of my pictures posted on several websites.

7. I was horrified and retained an attorney to help me remove the images and learn who was disseminating them online.

8. Even with their help, I still bear the heaviest burden of searching for and making initial requests for removal. I still search for my images online on a routine basis.

9. I go to these efforts because my privacy is important to me and because I will do everything in my power to feel safe again and to feel like my body belongs to me.

10. Having my name associated with a filing such as this would further damage my reputation and create a lasting effect. More so, it would provide reposters like Defendant with more identifying information about me and would likely lead to further reposting of my highly private images.

11. Being forced to proceed using my true name would be devastating and would only serve to accomplish what Defendant was attempting to do when he shared the images in the first place while calling me a "College Sorority Slut": cause me to be objectified and picked apart by unknown numbers of individuals and destroy my reputation and name forever.

12. The steps Defendant took to hide his identity from the public demonstrate he knew what he was doing was wrong. He was sharing my image on an anonymous EroMe account entitled "JJohnston123[.]" The name Defendant provided when creating his account was "JJOHNSTON123" and the e-mail he provided was jjrockets16@gmail.com – another anonymous account.

13. Looking to the subscriber information he gave to Google, he wrote his name was "Wow Wow" again demonstrating his desire to engage in nefarious activity using accounts which he believed would not trace back to him

14. Thankfully, one piece of identifying information which Defendant failed to mask was his I.P. address. Using these numbers, my attorney was able to determine the identity of this harasser.

15. While Defendant was clever enough to provide fake names and burner e-mail accounts when he spread my naked body all over the internet, he was not clever enough to use a VPN to do so and the I.P. addresses associated with the offending accounts traced back to his home and RCN account.

16. I fear that if my name is included in the pleadings, Defendant will take the opportunity to further disseminate the intimate content and information about me online. It is clear based on the context of the postings that half the reason they are being shared is based on a stated desire to further "expose" me to maximize the harm I experience due to the content being online.

17. Indeed, in the comments section of one such posting, a user asked for my social media handles, writing "@?" and Defendant wrote "she deleted all her accounts I'm pretty sure[.]" The remainder of the comments include "Not on LinkedIn! Lol" "Lpl nice" and – terrifyingly – "How do you guys find identities?"

18. Defendant's actions have been hurtful and humiliating enough; I am not certain I would be willing to proceed with a lawsuit against him if I were forced to broadcast to the world that my intimate images are online and being used for sexual gratification purposes by complete strangers.

19. My attorneys have informed me that courts permit parties to proceed anonymously in situations involving highly sensitive matters and when forcing them to use their full names would be revictimizing. That is exactly what would happen here.

20. Filing this lawsuit using my full name would be yet another invasion of my privacy and would force me to reveal more of my private moments and information to anyone who wishes to view the public record.

21. What has been extremely troubling to me is the defendant was a classmate of mine; we went to the same university, and he purposefully and knowingly shared my images in a way that my classmates and friends could find them.

22. Once the website removed my images, he went out of his way to share them again.

23. I respectfully ask for this court's assistance in allowing me to hold onto some parts of my private life without inextricably and publicly linking my name to Defendant's heinous acts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: January 20, 2026

                                                                            _____*/s/* H.S._____
                                                                            H.S.