UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.S.,<br><br>        Plaintiff,<br><br> -against-<br><br>HAMZA INAK,<br><br>        Defendant. | Case No. 26-cv-00872<br><br>**[PROPOSED] ORDER** |

  This matter having come before the Court on the motion of Plaintiff H.S. by her counsel, Veridian Legal P.C., for Leave to Proceed under Pseudonym; and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

  **IT IS** on this _____ day of _____, 2026,

  **ORDERED** that Plaintiff H.S.'s Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

  **ORDERED** that any reference to Plaintiff within the docket will be made accordingly to H.S.; and it is further

  **ORDERED** that any documents containing references to Plaintiff's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary; and it is further

  **ORDERED** that any documents attempting to publicly identify Plaintiff by photograph or video in an effort to undermine her ability to proceed pseudonymously are to be redacted accordingly, with unredacted versions filed under seal if necessary.

                          _____