# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| H.S. | ) ) ) ) ) | **Case No.**<br><br>1:26-CV-00872 |
| **v.** | ) ) | |
| HAMZA INAK | ) ) | |
| Defendant. | ) ) | |

## APPEARANCE OF COUNSEL

**To**:    The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for Defendant – Hamza Inak

**Date**:  Brooklyn, New York
April 1st, 2026

____/s/ Igor Litvak_____
Igor Litvak, Esq.
NY Bar No. 5109749
The Litvak Law Firm, PLLC
1733 Sheepshead Bay Road, Suite 22
Brooklyn, New York 11235
Office: (718) 889-2908
E-Mail: Igor@LitvakLawNY.com