# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
### 1733 SHEEPSHEAD BAY ROAD, SUITE 22,
### BROOKLYN, NY 11235
### 718-989-2908
### IGOR@LITVAKLAWNY.COM

**April 17, 2026**

The Honorable Judge Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:    H.S. v Hamza Inak, Docket # 1:26-cv-00872-RA**
> **Defendant's Response to Plaintiff's Motion to Proceed Anonymously**

Dear Judge Ronnie Abrams,

I represent Defendant Hamza Inak in the above-referenced action. This letter is submitted in response to Plaintiff's motion for leave to proceed anonymously.

Defendant does not oppose Plaintiff's motion at this time. In the event the Court grants the motion, Defendant will refer to Plaintiff by her initials and will redact Plaintiff's name from filings to the extent required by the Court's order and the applicable rules.

Defendant respectfully reserves all rights, however, including the right to seek appropriate relief or to file opposition in the future should circumstances materially change.

Sincerely,
 _s/ Litvak_____
Igor B. Litvak, Esq.