UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H.S.,<br><br>                    Plaintiff,<br><br>         -against-<br><br>HAMZA INAK,<br><br>                    Defendant. | 26-CV-00872 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Thursday, May 21, 2026 at 10:30 AM.** Counsel

for Plaintiff and Defendant should be prepared to discuss the status of the case. The parties are

directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code:

896 535 335#.

DATED:  May 12, 2026                          SO ORDERED.
        New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**