UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| H. S.,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Hamza Inak,<br><br>　　　　　　Defendant. | 26-CV-00872 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. A mediation session is to be held by July 2, 2026. The parties are available on June 19 or June 29, 2026 for a mediation session. The parties are to provide an update on the status but not the substance of their settlement talks within one week after the mediation is held.

The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

DATED:  May 26, 2026
　　　　　New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge