UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| H. S.,<br><br>               Plaintiff,<br><br>    -against-<br><br>HAMZA INAK,<br><br>              Defendant. | |

26-CV-0872 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 26, 2026, I ordered the parties to provide the Court with an update on the status but not the substance of their settlement talks within one week after the scheduled mediation session was to be held. (*See* ECF 12.) The mediation session scheduled for June 19, 2026 and a mediation status was due by July 10, 2026. (*See* June 25, 2026 Dkt. Entry) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 16, 2026**.

DATED:  July 14, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**