VERIDIAN
LEGAL

23 West 73rd Street        T: (212) 706-1007
Suite 102                 F: (646) 849-0033
New York, NY 10023        www.veridianlegal.com

July 16, 2026

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 9B
New York, NY 10007

*Re:*   ***H.S. v. Inak***
        ***Docket No. 26-cv-00872-RFT***

Dear Judge Tarnofsky

        We represent Plaintiff H.S. in the above-referenced action and, together with counsel for Defendant Hamza Inak, respectfully submit this joint status update pursuant to the Court's Order dated July 14, 2026, which nunc pro tunc extended the deadline for the parties to file a joint status update to July 16, 2026.

        By Order dated May 26, 2026, the Court referred this matter to the Court-annexed Mediation Program and directed that a mediation session be held by July 2, 2026. The parties have since been working cooperatively with the assigned mediator, Frederick Alimonti, Esq., to schedule that session. Despite their diligent efforts, the parties were unable to convene the mediation before the July 2, 2026 date, and they respectfully advise the Court that they are continuing to coordinate a mutually convenient date.

        The mediator has advised that he has general availability during the second half of August 2026 and has asked the parties to agree upon at least two mutually convenient dates.  Plaintiff's counsel will be out of the country from August 11, 2026 through August 24, 2026.  In light of the conflicts, the parties are now working to schedule the mediation for late August 2026 and are conferring to identify at least two dates to propose to the mediator.

        To the extent necessary, the parties respectfully request that the Court permit the mediation to proceed on the late-August timeframe described above. The parties will promptly advise the Court once the mediation date is confirmed and, consistent with the Court's May 26, 2026 Order, will provide an update on the status of their settlement discussions within one week after the mediation is held.

        We thank the Court for its attention to this matter.

                                Respectfully submitted,
                                */s/ Daniel S. Szalkiewicz, Esq.*
                                By: Daniel S. Szalkiewicz, Esq.
                                **daniel@lawdss.com**

Veridian Legal P.C.