UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

H. S.,

Plaintiff,

-against-

HAMZA INAK,

Defendant.

26-CV-0872 (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On July 17, 2026, I ordered the parties to provide the Court with an update on the status but not the substance of their settlement talks by September 3, 2026. (*See* ECF 15.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **September 9, 2026**.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**