VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

September 10, 2026

**Via ECF**
Magistrate Judge Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 9B
New York, NY 10007

***Re: H.S. v. Inak***
***Docket No. 26-cv-00872-RFT***

Dear Judge Tarnofsky

We represent Plaintiff H.S. in the above-referenced action and, together with counsel for Defendant Hamza Inak, respectfully submit this joint status update pursuant to the Court's Order dated September 4, 2026, which nunc pro tunc extended the deadline for the parties to file a joint status update to September 9, 2026.

On September 2, 2026, the parties engaged a mediation to attempt to resolve the matter. Despite good faith efforts on both sides, the parties were not able to reach a resolution.

The parties have agreed to meet within the next few weeks for a further mediation session.

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Daniel S. Szalkiewicz, Esq.*
By: Daniel S. Szalkiewicz, Esq.
***daniel@lawdss.com***