# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.

**ATTORNEY AND COUNSELOR AT LAW**

**1733 SHEEPSHEAD BAY ROAD, SUITE 22,**
**BROOKLYN, NY 11235**
**718-989-2908**
**IGOR@LITVAKLAWNY.COM**


---

**September 30th, 2026**

Hon. Robyn F. Tarnofsky
Southern District Court of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**RE : H.S. v Humza Inak**
**Case # 1:26-cv-00872**

Dear Judge Robyn F. Tarnofsky,

I represent Defendant Humza Inak in the above-referenced matter, and together with Counsel for Plaintiff H.S., respectfully submit this joint status update pursuant to the Court's order dated September 10th, 2026, Dkt. #18, ordering the parties to provide the next status update by September 30, 2026.

On September 2, 2026, the parties engaged in mediation to attempt to resolve the matter. Although the parties made some progress, despite good-faith efforts, they were not able to reach a resolution. The parties planned to meet in September for another mediation session, but were unable to do so. The parties plan to meet for one more mediation session in October.

We thank the Court for its attention to this matter.

Respectfully submitted,

________________________
The Litvak Law Firm, PLLC
Igor B Litvak, Esq.