THE LITVAK LAW FIRM, PLLC

# IGOR B. LITVAK, ESQ.

## ATTORNEY AND COUNSELOR AT LAW

1733 SHEEPSHEAD BAY ROAD, SUITE 22,
BROOKLYN, NY 11235
718-989-2908
IGOR@LITVAKLAWNY.COM

**October 30th, 2026**

Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**Re: H.S. v. Humza Inak**
**Case No. 1:26-cv-00872**

Dear Judge Tarnofsky:

I represent Defendant Humza Inak in the above-referenced matter and, together with counsel for Plaintiff H.S., respectfully submit this joint status update and request that the Court grant the parties an additional 30 days to complete their settlement efforts.

During October 2026, the parties made significant progress toward settlement. The parties have scheduled another mediation session for November 6, 2026, in the hope of resolving the remaining issues and finalizing a settlement of this case.

In light of this progress and the upcoming mediation, the parties jointly request an additional 30 days to finalize a settlement and report back to the Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

The Litvak Law Firm, PLLC
Igor B. Litvak, Esq.